# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald Clark Luger, a/k/a Jody Luger, | ) | Case No. 1:14-cr-226 |
| | ) | |
| Defendant. | ) | |

On April 21, 2015, the Government filed a surreply to defendant's "Motion to Disqualify United States Attorney's Office, District of North Dakota, for Conflict of Interest." On April 21, 2015, defendant filed a motion requesting that the court strike the Government's surreply or, alternatively, grant him leave to file a response to the surreply.

Defendant's request to strike the Government's surreply (Docket No. 31) is **DENIED**. Defendant's request for leave to file a response to the Government's surreply (Docket No. 32) is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court